# United States District Court

_____ **EASTERN** _____ **DISTRICT OF** _____ **TENNESSE** _____

STEPHANIE A. MOORE,                                       JUDGMENT IN A CIVIL CASE

                         V.

MICHAEL J. ASTRUE,                                       CASE NUMBER: 3:11-cv-279
Commissioner of Social Security

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing

the Commissioner's decision with remand in Social Security actions under **sentence four** of

42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g)

reversing the Commissioner's decision with a remand of the cause to the Commissioner.

      March 2, 2012                                  Debra C. Poplin, Clerk
Date

                                                                         By    s/ A. Brush
                                                                         Deputy Clerk